UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22089 – CIV-COOKE-BROWN

Maria Perego,
Individually,

                Plaintiff
v.

JR Production and Distribution International, Inc.,
a Florida Corporation, and
Jorge Rossi, Individually,

                Defendants.
_____/

To:    Clarence Maddox, Clerk
        United States District Court
        For the Southern District of Florida

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

        Plaintiff, Maria Perego, respectfully requests the Clerk enter a default against the Defendant, JR Production and Distribution International, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for its failure to plead or otherwise defend. Defendant was properly served on November 13, 2007. A true and correct copy of the Plaintiff's Affidavit of Compliance with Fla. Stat. § 48.161 with attached return of service on the Florida Secretary of State is attached hereto as Exhibit A.

Dated: December 10, 2007

>Respectfully submitted,
>
>FeldmanGale, P.A.
>Counsel for Perego, LLC
>Miami Center, 19th Floor
>201 South Biscayne Boulevard
>Miami, Florida 33131
>Phone:  (305) 358-5001
>Fax:  (305) 358-3309
>
>
>By:___s/ Samuel A. Lewis_____
>      Samuel A. Lewis / Fla. Bar No. 0055360
>      E-Mail:  slewis@FeldmanGale.com
>      Stephanie C. Alvarez / Fla Bar No. 127280
>      E-Mail:  salvarez@FeldmanGale.com
>      Richard Guerra / Fla. Bar No. 689521
>      E-Mail:  rguerra@FeldmanGale.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 10, 2007, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

>s/ Richard Guerra_____

## **SERVICE LIST**

Jr. Production and Distribution International, Inc.
999 Brickell Bay Drive, 1908
Miami, Fl. 33131
Served via U.S. Mail

Jorge Rossi
999 Brickell Bay Drive, 1908
Miami, Fl. 33131
Served via U.S. Mail