clkdflt.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARIA PEREGO, Individually,     CASE NO. **07-22089-CIV-COOKE**

    Plaintiff(s),

v.

JR PRODUCTION and DISTRIBUTION
INTERNATIONAL, INC., and JORGE
ROSSI, Individually,

    Defendant(s).
_____/

```
FILED by _____ D.C.
Dec 13, 2007
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

## CLERK'S DEFAULT

It appearing that the defendant herein, JR PRODUCTION and DISTRIBUTION INTERNATIONAL, INC., is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant, JR PRODUCTION and DISTRIBUTION INTERNATIONAL, INC., as of course, on this date December 13, 2007.

                                          **CLARENCE MADDOX**
                            Court Administrator • Clerk of Court


                          By: _____
                               Teresa Erwin
                               Deputy Clerk

cc: Hon. Marcia Cooke
    Samuel Lewis, Esq.
    Jr. Production and Distribution
    999 Brickell Bay Drive, 1908
    Miami, FL 33131

clkdflt.