UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22089-CIV-COOKE/BANDSTRA

MARIA PEREGO, individually,

    Plaintiff,

vs.

JR PRODUCTION AND DISTRIBUTION
INTERNATIONAL, INC., a Florida corporation;
JORGE ROSSI, individually,

    Defendants.
_____/

### RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the above entitled cause has been set for a hearing on **Mediator's** Motion for Entry of Contempt Order Against Defendants, JR PRODUCTION AND DISTRIBUTION INTERNATIONAL, INC., JORGE ROSSI, on Wednesday, October 14, 2009 at 10:00 a.m., before United States Magistrate Judge Ted E. Bandstra at the United States District Court, 301 North Miami Avenue, Miami, Florida, **7th Floor Courtroom**. Request for continuance of this cause shall not be considered unless addressed to the Court in form of a written motion.

DONE AND ORDERED in Chambers, at Miami, Florida this 17th day of September, 2009.

_____
Ted E. Bandstra
United States Magistrate Judge

Copies furnished to:
Honorable Marcia G. Cooke
All counsel of record